COMMONWEALTH of Pennsylvania, Office of Attorney General by Thomas W. Corbett, Jr., Attorney General, Appellant

v.

HEIDELBERG TOWNSHIP, Heidelberg Township Board of Supervisors, North Heidelberg Township, North Heidelberg Township Board of Supervisors, Borough of Robesonia, Robesonia Borough Council, Borough of Womelsdorf and Womelsdorf Borough Council, Appellees

Commonwealth of Pennsylvania, Office of Attorney General by Thomas W. Corbett, Jr., Attorney General, Appellant

v.

Lower Oxford Township, Lower Oxford Township Board of Supervisors, Appellees.

Supreme Court of Pennsylvania.

Nov. 10, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of November, 2009, appellant's petition for reconsideration is GRANTED. This Court's November 21, 2007 order in the instant matters is VACATED. The orders of the Commonwealth Court which sustained the preliminary objections of Heidelberg Township, *et*

*al.*, and Lower Oxford Township, *et al.*, and dismissed without prejudice the Commonwealth of Pennsylvania, Office of Attorney General's petitions for review, are hereby REVERSED. *See Commonwealth, Office of the Attorney General v. Locust Twp.*, 600 Pa. 533, 968 A.2d 1263 (2009) (holding that Chapter Three of Agricultural Code, 3 Pa.C.S. §§ 311–318, authorizes Attorney General to bring pre-enforcement action to invalidate or enjoin enforcement of local ordinance, even if ordinance existed on Chapter Three's effective date).

### ORDER

PER CURIAM.

**AND NOW,** this 13th day of **November, 2009,** the Cross–Petition for Allowance of Appeal is **GRANTED,** limited to the following question:

Did the trial court properly grant a nonsuit on Petitioner's claim for tortious inter-ference with prospective economic relations?

Max C. **MALONEY,** Individually and as Administrator of the Estate of Linda E. Maloney,

v.

**VALLEY MEDICAL FACILITIES, INC.,** d/b/a the Medical Center, Beaver Heritage Valley Health System, Inc., Beaver Internal Medicine Association, Tri–State Medical Group, Inc., Brighton Radiology Associates, P.C., Maurice Prendergast, M.D., and, Richard E. Brennan, M.D.

Appeal of: Maurice Prendergast, M.D., Beaver Internal Medicine Association and Tri–State Medical Group, Inc.

Supreme Court of Pennsylvania.

Argued March 4, 2009.

Decided Nov. 24, 2009.

Mark L. **HELPIN,** Petitioner

v.

**TRUSTEES OF the UNIVERSITY OF PENNSYLVANIA, Marjorie Jeffcoat, Thomas Freitag,** and **Lawrence M. Levin, Respondents.**

Supreme Court of Pennsylvania.

Nov. 13, 2009.